371 A.2d 519
Nitzberg v. Weinberg et al., Appellants.

Argued September 20, 1976. Charles Jay Bogdanoff, with him William L. Kinsley, for appellants; John J. Connors, Jr., for appellee.

Judgment affirmed.

371 A.2d 520
Olsanski v. Olsanski, Appellant.

Argued September 20, 1976. Suzanne Noble, for appellant; Carl E. Forrer, with him Donald M. McCurdy, for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a divorce in this case.